## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CV671 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT AND DECREE |
| | ) | OF FORECLOSURE |
| EZEQUIEL LOPEZ, et al., | ) | AND ORDER OF SALE |
| | ) | |
| Defendant(s). | ) | |

This matter is before the Court for determination upon the Complaint filed herein by the Plaintiff, United States of America.  The Plaintiff appears by and through its attorneys, Joe W. Stecher, United States Attorney for the District of Nebraska, and Robert L. Homan, Assistant United States Attorney for the District.  The Defendants Ezequiel Lopez and Maria Lopez, failed to answer or otherwise appear or plead to the allegations contained in the Complaint, and the Defendants are in default in this action.  The Plaintiff has filed a motion for default judgment that is supported by evidence.  (Filing No. 9 and 10).

The Court, having examined the record of these proceedings, and having been fully advised in the premises, makes the following findings.  The Court has jurisdiction of these proceedings pursuant to 28 U.S.C. § 1345, and due and legal notice of the pendency of this action has been given.  The Court has acquired jurisdiction of all the parties.

Each and all of the allegations of Plaintiff's Complaint will be taken as true.  There is due and owing to the Plaintiff as of January 9, 2007, the principal sum of $51,858.49, plus accrued interest in the amount of $3,778.15, together with interest accruing at the rate of $8.9534 per day from January 9, 2007, until the date of entry of this decree, with $14,618.16 interest credit or subsidy subject to recapture.  Interest will accrue on the sums

from and after the date of entry of this decree at the legal rate of 5.05 % computed daily and compounded annually until paid in full.

The amount due Plaintiff as stated herein is the first lien on the following described real estate in Dawson County, Nebraska, to-wit:

> Lot Six (6), Block Two (2), Grand Prairie Second Addition to the City of Lexington, Dawson County, Nebraska.

The Plaintiff is entitled to a Decree of Foreclosure and Order of Sale as prayed. The premises herein described will sell to the best advantage in one entire tract. For these reasons, the motion for default judgment will be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

1.   The Plaintiff's Motion for Default Judgment (Filing No. 9) is granted;

2.   Judgment is entered against defendants Ezequiel Lopez and Maria Lopez;

3.   The above and foregoing findings are made a part of this decree and order and by this reference incorporated herein;

4.   That, if the costs as indicated below and the several amounts above found due and interest thereon are not paid within twenty (20) days from the date of this Judgment, then all equity of redemption in the premises will be foreclosed, and the premises sold as upon execution in one entire tract;

5.   The Plaintiff shall apply for and the Clerk of the United States District Court shall issue an Order of Sale;

6.   The United States Marshal for the District of Nebraska shall thereupon advertise and sell, according to law, the aforementioned property;

7.   As upon execution, the United States Marshal shall report his proceedings under this Decree and Order to this Court and shall deposit the proceeds of the sale, if any, into the Registry of the Court;

8.   Upon confirmation of the sale, the Clerk shall apply the proceeds as follows:

   a.   First, to the payment of the costs of the Plaintiff, and to the United States Marshal for service of Summons and Complaint and execution of Order of Sale;

   b.   Second, to the payment of the amount found due the Plaintiff with interest thereupon according to law;

   c.   Third, to the payment of the costs of the United States Marshal for per diem and special requirements; and

the Clerk shall retain in the Registry of the Court any surplus from the sale until further order of the Court;

9.   The aforementioned costs will be determined, after confirmation of sale, pursuant to the procedures described in Rule 54.1 of the Local Rules of the United States District Court for the District of Nebraska; and

10.   Upon confirmation by the Court of the sale of the aforementioned real estate, the United States Marshal shall execute a deed to the purchaser(s); and the parties of this Decree and Order and all persons claiming under them are ordered to deliver possession of the real estate to such purchaser(s).

Dated this 28th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

3